```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 24262
   LIONEL SMITH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-9488

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 12/27/2007 and was not confirmed.

      The case was dismissed without confirmation 01/24/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY      NOT FILED          .00          .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY      NOT FILED          .00          .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY      NOT FILED          .00          .00
HOMEQ SERVICING           CURRENT MORTG         .00           .00          .00
HOMEQ SERVICING           SECURED NOT I    7670.57            .00          .00
CHASE MORTGAGE SERVICES   CURRENT MORTG         .00           .00          .00
CHASE MORTGAGE SERVICES   SECURED NOT I   25538.74            .00          .00
RFC PRIME ACCREDIT SCH/S  NOTICE ONLY      NOT FILED          .00          .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00           .00          .00
AMERICAS SERVICING COMPA  SECURED NOT I    2915.66            .00          .00
AMERICAS SERVICING CO     CURRENT MORTG         .00           .00          .00
AMERICAS SERVICING CO     SECURED NOT I    5792.28            .00          .00
PRO SE DEBTOR             DEBTOR ATTY           .00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                       .00                      .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 24262 LIONEL SMITH

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE